■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE BROWN, JR., Petitioner, v LADY R. RUCINSKI, as Warden of the Albany County Jail, Respondent.—Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus, denied. Greenblott, J. P., Sweeney, Kane, Main and Larkin, JJ., concur.

■ In the Matter of THEODORE ROSENBERG, on Behalf of CHARLES PANARELLA and Another, Petitioner, v JAMES T. BATTISTI, as Judge of the Ulster County Court, et al., Respondents.—Application for relief pursuant to CPLR, article 78, denied on the ground that such collateral review proceedings may not be maintained in a pending criminal action (see, e.g., *Matter of State of New York v King,* 36 NY2d 59; *Matter of Nigrone v Murtagh,* 36 NY2d 421). Kane, J. P., Staley, Main and Mikoll, JJ., concur; Larkin, J., not taking part.

■ In the Matter of the Application of WILLIAM R. JUBIC for Reinstatement as an Attorney and Counselor at Law.—Application by petitioner for reinstatement as an attorney and counselor at law. The application was referred to the Committee on Professional Standards of the Third Judicial Department and to the Committee on Character and Fitness for the Third Judicial District. Both have unanimously recommended that petitioner be reinstated. Application granted and petitioner reinstated as an attorney and counselor at law in good standing. Mahoney, P. J., Greenblott, Sweeney, Main and Herlihy, JJ., concur.

## (January 12, 1978)

■ In the Matter of THOMAS J. and others, Children Alleged to be Neglected. ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; FRANCIS J. et al., Appellants.—Appeal from order entered September 21, 1976 dismissed, as academic, without costs. Sweeney, J. P., Mahoney, Larkin, Mikoll and Herlihy, JJ., concur.